UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO TALAMANTEZ, | ) Case No. 2:23-cv-08468-JGB-JC |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STEVE SMITH, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and all of the records herein, including all documents filed in connection with Respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), the June 24, 2024 Original Report and Recommendation of United States Magistrate Judge and the October 16, 2024 Superseding Report and Recommendation of United States Magistrate Judge ("Superseding Report and Recommendation"). The Court approves and accepts the Superseding Report and Recommendation.

///

1  IT IS ORDERED that (1) the Motion to Dismiss is granted; (2) the Petition
2 and this action are dismissed with prejudice as barred by the statute of limitations;
3 and (3) Judgment be entered accordingly.
4  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner and counsel for Respondent.
6  IT IS SO ORDERED.

8  DATED: December 17, 2024

     _____
     HONORABLE JESUS G. BERNAL
     UNITED STATES DISTRICT JUDGE