JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO TALAMANTEZ, | Case No. 2:23-cv-08468-JGB-JC |
| Petitioner, | |
| v. | |
| STEVE SMITH, Warden, | JUDGMENT |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 and this action are dismissed with prejudice as time-barred.

IT IS SO ADJUDGED.

DATED: December 17, 2024

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE